Leave to file GRANTED.
Signed February 6, 2023

*Carl J. Nichols*

CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF:** Joshua Lopez

**Address (No Post Office Boxes):** 2001 Mill Rd

**City:** Alexandria  **State:** VA  **Zip Code:** 22314

VS.

**DEFENDANT:** US Government

**Address (No Post Office Boxes):** 333 Constitution Ave. N.W.

**City:** Washington  **State:** D.C.  **Zip Code:** 20001

**CIVIL ACTION NO.** _____

**Jury Trial:** ☐ Yes  ☒ No

## COMPLAINT

I have been on this case for a 1 year and 3 months and I have no clue of what is happening in my case. This has impared my ability to have a fair trail  ~~neglic~~ misconduct of both consils, and it have caused anziety and numeris other concerns in and out of prizon. This case has affected my entire family and caused then stress and worry. In between 01/03/23 and 10/01/21 the prosecutor and my counsel have taken my 5, 6 and 14 Amendmets away from me to even make a defence. I still am waiting to see all of the evidence and found out what is going on in this case. ~~&~~ My family and i have been told different things;

**Original Signature (in pen):** *Joshua Lopez*

**Name (if applicable, Prisoner ID No.):** A012691

**Address or Facility Address:** 2001 Mill Road

Alexandria VA 22314

Rev: 01/10/2023
*Use additional pages as needed

as in Aotir improper information (Bill of particulars), Fifth amendment privileges (self-incrimination) and inviting harmless error in a case. I am requesting dismissal of case and damages to my well being and trying to take my life before even convicted. I am also requesting 40 million in damages from stress, suiside, and other conserns.

Joshua Lopez
2001 Mill Road
Alexandria, VA 22314

Judge Harvey
333 Constitution Ave N.W
Washington D.C. 20001



CAPITAL DISTRICT 208
26 JAN 2023 PM 1 L