# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSHUA LOPEZ,<br><br>*Defendant*. | Criminal Action No. 1:23-cr-00022 (CJN) |

## ORDER

Pursuant to the Court's oral order on February 6, 2023, unsealing this case with the exception of certain documents, it is

**ORDERED** that this case shall be unsealed with the exception of the documents filed at ECF Nos. 1, 2, 6, 27, 39, and 40, which shall remain under seal. It is further

**ORDERED** that the Government shall file redacted versions of the documents filed at ECF Nos. 27, 39, and 40 on the public docket.

DATE: February 7, 2023

_____
CARL J. NICHOLS
United States District Judge